**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

RACHEL GORE, individually as heir of BRANDON DURHAM, *Deceased*, and in her capacity as the Administrator of The Estate of BRANDON DURHAM, and I.D., a minor and heir of BRANDON DURHAM
    Plaintiff(s),

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; ALEXANDER BOOKMAN individually and in his official capacity as a Police Officer employed by LAS VEGAS METRO., POLICE DEPT.
    Defendant(s).

Case # 2:25-cv-00619

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    CANNON LAMBERT, Sr., Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

KARCHMAR & LAMBERT, P.C.
(firm name)

with offices at 211 W. Wacker, Ste. 1400,
(street address)

Chicago, Illinois, 60606,
(city)  (state)  (zip code)

312-977-1300, Cannon@KarchmarLambert.com.
(area code + telephone number)  (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Rachel Gore to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since November 7, 1996 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Illinois (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Illinois Circuit Courts | 11/07/1996 | 6237503 |
| Northern Dist. Federal Court of Illinois | 02/23/1999 | 6237503 |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) NONE

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) Cook County Voluntary Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | None | None | N/A |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

CANNON LAMBERT, Sr., Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

**Pursuant to NRS 53.045, I CANNON LAMBERT, On April 7, 2025, Declare Under Penalty of Perjury under the law of the State of Nevada, that the foregoing is true and correct.**

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate **F. TRAVIS BUCHANAN**, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

701 E. Bridger Ave., Ste. 540
(street address)

Las Vegas, Nevada, 89101
(city) (state) (zip code)

(702)331-5478, Travis@ftblawlv.com
(area code + telephone number) (Email address)

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __F. Travis Buchanan__ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

Rachel Gore, lead Plaintiff
(type or print party name, title)

_Rachael Gore_
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____ 4/7/25
Designated Resident Nevada Counsel's signature

9371                    Travis@ftblawlv.com
Bar number              Email address

APPROVED:

Dated: this __23__ day of __April__, __2025__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# EXHIBIT – 1

# EXHIBIT - 1



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, Illinois 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Karchmar & Lambert PC
211 West Wacker Drive
Suite 1400
Chicago, IL 60606

Chicago
Monday, November 18, 2024

In re:   Cannon Demone Lambert
Admitted: November 7, 1996
Attorney No. 6237503

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office reflect that Cannon Demone Lambert was admitted to the practice of law in Illinois on November 7, 1996 is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: /s/ *Lisa M. Medina*
Lisa M. Medina
Deputy Registrar

LMM

11/21/24, 4:19 PM                                   Certificate of Good Standing

# CERTIFICATE OF GOOD STANDING



United States of America

                              } ss. Cannon D. Lambert Sr.

Northern District of Illinois

I, Thomas G. Bruton, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Cannon D. Lambert Sr. was duly admitted to practice in said Court on (02/23/1999) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois on (11/21/2024)

                                        Thomas G. Bruton, Clerk,

                                        By:  Declan E. Dolan
                                             Deputy Clerk

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK                                   November 21, 2024

https://ilnd-ecf.sso.dcn/atyAdmission/488512Certificate.htm

                                                    DATE

                                                                        1/1