**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

RACHEL GORE, individually as heir of BRANDON DURHAM, *Deceased,* and in her capacity as the Administrator of The Estate of BRANDON DURHAM, and I.D., a minor and heir of BRANDON DURHAM
Plaintiff(s),

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a Political Subdivision of the State of Nevada; ALEXANDER BOOKMAN individually and in his official capacity as a Police Officer employed by LAS VEGAS METRO., POLICE DEPT.
Defendant(s).

Case # 2:25-cv-00619

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

LEE MERRITT (name of petitioner), Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of LEE MERRITT & ASSOCIATES (firm name) with offices at 425 Pinson Rd., Ste. M (street address), Forney (city), Texas (state), 75126 (zip code), (888) 647-3041 (area code + telephone number), info@leemerrittesq.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by Rachel Gore [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since 3/30/2017 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Texas (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| Northern District of Texas | 2017 | 314891PA |
| Eastern District of Pennsylvania | 11/1/2012 | 314891 |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Northern District of Texas

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | N/A |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Petitioner's signature

LEE MERRITT, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

Petitioner's signature

***Pursuant to NRS 53.045, I Stacy Sylvester Lee Merritt, on 5/12/25, Declare Under Penalty of Perjury under the law of the State of Nevada, that the foregoing is true and correct.***

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate F. TRAVIS BUCHANAN (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

701 E. Bridger Ave., Ste. 540,
(street address)

Las Vegas, Nevada, 89101,
(city) (state) (zip code)

(702)331-5478, Travis@ftblawlv.com.
(area code + telephone number) (Email address)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) F. Travis Buchanan as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

[signature]
(party's signature)

Rachel Gore, lead Plaintiff
(type or print party name, title)

Rachael Gore
(party's signature)

(type or print party name, title)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

[signature]
Designated Resident Nevada Counsel's signature

9371 — Travis@ftblawlv.com
Bar number — Email address

APPROVED:

Dated: this 13 day of May, 20 25.

[signature]
UNITED STATES DISTRICT JUDGE

# EXHIBIT – 1

EXHIBIT - 1




# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF PENNSYLVANIA** }

I, George Wylesol, Clerk of the United States District Court for the Eastern District of Pennsylvania, **DO HEREBY CERTIFY** that Stacy Sylvester Lee Merritt, Bar# 314891, was duly admitted to practice in this Court on 05/30/2013, and is in good standing as a member of the bar of this Court.

**CLERK'S OFFICE**
**Sworn to and Subscribed before me this day**
Apr/24/2025

**Deputy Clerk, U.S. District Court**
**Eastern District of Pennsylvania**

George Wylesol

**GEORGE WYLESOL**
**Clerk of Court**

**DATED at Philadelphia, Pennsylvania on 04/24/2025**

**BY:** Trevor McDermott

**Deputy Clerk**

Rev. 1/20/17

U.S. District Court
Northern District of Texas

# CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

**Stacy L. Merritt**

| Bar Number: | Date of Admission: |
|---|---|
| **314891PA** | **03/30/2017** |

Witness my official signature and the seal of this court.

Dated: 04/09/2025

Karen Mitchell,
Clerk of Court

By: Chloe J. Davis
Deputy Clerk

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS