1  MCNUTT LAW FIRM, P.C.
   Daniel R. McNutt, Esq., Bar No. 7815
2  Matthew C. Wolf, Esq., Bar No. 10801
3  Mark D. Hesiak, Esq. Bar No. 12397
   11441 Allerton Park Drive, Suite # 100
4  Las Vegas, Nevada 89135
   Tel.: (702) 384-1170 / Fax.: (702) 384-5529
5  drm@mcnuttlawfirm.com
6  mcw@mcnuttlawfirm.com
   mdh@mcnuttlawfirm.com
7  *Counsel for Defendant Officer Alexander Bookman*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RACHEL GORE, individually as heir of BRANDON DURHAM, deceased, and in her capacity as the Administrator of The Estate of BRANDON DURHAM, and ISABELLA DURHAM, a minor and heir to BRANDON DURHAM,<br><br>Plaintiffs,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; ALEXANDER BOOKMAN, individually and in his official capacity as a Police Officer, employed by Las Vegas Metropolitan Police Department; DOES I–X, inclusive, and ROE ENTITIES I–X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00619-GMN-DJA<br><br>**Stipulation and [Proposed] Order Regarding the Production of the Transcript of Defendant Officer Alexander Bookman's CIRT Interview and Discovery Directed to Officer Bookman** |

The undersigned Parties respectfully submit the following stipulation and order (SAO) in a good-faith effort to provide Plaintiffs with substantive testimony from Defendant Officer Alexander Bookman (Ofc. Bookman) regarding the incident at issue in this case:

a.   ***Whereas*** the Las Vegas Metropolitan Police Department's (LVMPD) Critical Incident Review Team (CIRT) interviewed and questioned Ofc. Bookman regarding

1  the incident at issue here (the CIRT Interview).  The interview was transcribed (CIRT Interview Transcript).

        b.      *Whereas* Ofc. Bookman's CIRT Interview Transcript has not yet been produced to Plaintiffs.

        c.      *Whereas* Nev. Rev. Stat. § 289.060(4) prevents Ofc. Bookman's CIRT Interview Transcript from being used by prosecutors against Ofc. Bookman "in any subsequent criminal proceeding."

        d.      *Whereas*, concurrent with submitting this SAO, the Parties have submitted a stipulated protective order (SPO) allowing protected information to be marked "Highly Confidential - Attorney's and Expert's Eyes Only."

*Wherefore*, based on the above agreed-upon considerations, the Parties stipulate and agree that Ofc. Bookman's CIRT Interview Transcript will be produced to Plaintiffs' counsel under the following terms and conditions:

    1.    Ofc. Bookman's counsel will produce Ofc. Bookman's CIRT Interview Transcript to Plaintiff's counsel within two business days after this Court signs this SAO and the SPO.

    2.    Ofc. Bookman's CIRT Interview Transcript will be protected by the "Highly Confidential - Attorney's and Expert's Eyes Only" designation in the SPO.

    3.    In exchange for receiving Ofc. Bookman's CIRT Interview Transcript, Plaintiffs will refrain from deposing Ofc. Bookman in this litigation and from serving additional interrogatories to Ofc. Bookman, beyond the first set of interrogatories already served.

    4.    Nothing in this SAO or the SPO will preclude the Parties from moving to modify this SAO or the SPO or from seeking additional or alternative relief from this Court. The rights expressly reserved by the Parties, including, without limitation, (a) Plaintiffs' right to move to compel Ofc. Bookman to appear for deposition before trial, and (b) Ofc. Bookman's right to oppose any such motion and seek a protective order precluding such deposition.  The Parties reserve all rights.

This Stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

IT IS SO STIPULATED.

| MCNUTT LAW FIRM, P.C. | KARCHMAR & LAMBERT, P.C. |
|---|---|
| /s/ Dan McNutt | /s/ Cannon Lambert |
| Dan McNutt, Esq. (Bar No. 7815) | Cannon Lambert, Esq. |
| Matt Wolf, Esq. (Bar No. 10801) | Illinois Bar No. 6237503 (*Pro Hac*) |
| 11441 Allerton Park Drive, Suite 100 | 211 W. Wacker Drive, Ste 1400 |
| Las Vegas, Nevada 89135 | Chicago, Illinois 60606 |
| *Attorneys for Defendant Alexander Bookman* | |
| | F. TRAVIS BUCHANAN, ESQ., & ASSOC., PLLC |
| MARQUIS AURBACH | F. Travis Buchanan, Esq. (Bar No. 9371) |
| | 701 East Bridger Ave., Suite 540 |
| /s/ Craig Anderson | Las Vegas, Nevada 89101 |
| Craig Anderson, Esq. (Bar No. 6882) | |
| 10001 Park Run Drive | LEE MERRITT & ASSOCIATES |
| Las Vegas, Nevada 89145 | Lee Merritt, Esq. |
| *Attorneys for Defendants LVMPD* | Pennsylvania Bar. No. 314891 (*Pro Hac*) |
| | 425 Pinson Rd., Ste. M |
| | Forney, Texas 75126 |
| | *Attorneys for Plaintiffs* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9/23/2025