MCNUTT LAW FIRM, P.C.
Daniel R. McNutt, Esq., Bar No. 7815
Matthew C. Wolf, Esq., Bar No. 10801
Mark D. Hesiak, Esq. Bar No. 12397
11441 Allerton Park Drive, Suite # 100
Las Vegas, Nevada 89135
Tel.: (702) 384-1170 / Fax.: (702) 384-5529
drm@mcnuttlawfirm.com
mcw@mcnuttlawfirm.com
mdh@mcnuttlawfirm.com
*Counsel for Defendant Officer Alexander Bookman*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RACHEL GORE, individually as heir of BRANDON DURHAM, deceased, and in her capacity as the Administrator of The Estate of BRANDON DURHAM, and ISABELLA DURHAM, a minor and heir to BRANDON DURHAM,<br><br>Plaintiffs,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; ALEXANDER BOOKMAN, individually and in his official capacity as a Police Officer, employed by Las Vegas Metropolitan Police Department; DOES I–X, inclusive, and ROE ENTITIES I–X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-00619-GMN-DJA<br><br>**Stipulation and Order to Extend Discovery**<br><br>**(Second Request)** |

Plaintiffs Isabella Durham, Rachel Gore, and the Estate of Brandon Durham, through their counsel, Lee Merritt & Associates, Karchmar & Lambert, P.C., and F. Travis Buchanan, Esq., and Associates, PLLC; Defendant Las Vegas Metropolitan Police Department (LVMPD), through its counsel, Marquis Aurbach; and Defendant Officer Alexander Bookman (Ofc. Bookman), through his counsel, the McNutt Law Firm, hereby stipulate to extend the remaining

discovery and pretrial deadlines by ninety days. This is the second request to extend the deadlines.

## I. CURRENT DEADLINES.

The following are the current deadlines:

| CURRENT DEADLINE | EVENT |
|---|---|
| 12/22/2025 | Deadline for Initial Expert Disclosures |
| 01/23/2026 | Deadline for Rebuttal Expert Disclosures |
| 02/20/2026 | Close of Discovery |
| 03/23/2026 | Deadline for Dispositive Motions |
| 04/21/2026 | Deadline for the Joint Pre-trial Order (the filing of a dispositive motion will suspend the joint pre-trial order deadline until 30 days after a decision on the motion or until otherwise ordered by the court) |

## II. DISCOVERY CONDUCTED TO DATE.

To date, the parties have exchanged disclosures and written discovery responses. Plaintiffs have scheduled depositions of three LVMPD Officers and are working with Defendants on scheduling additional Officer depositions. LVMPD is still obtaining medical and employment records of Brandon Durham.

## III. DESCRIPTION OF THE REMAINING DISCOVERY.

The parties wish to disclose experts, serve additional written discovery and subpoenas duces tecum, and depose parties and nonparty witnesses and experts.

## IV. REASONS FOR EXTENDING THE DEADLINES.

LR 26-3 states the following, in relevant part:

> A motion or stipulation to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR IA 6-1, be supported by a showing of good cause for the extension. A motion or stipulation to extend a deadline set forth in a discovery plan must be received by the court no later than 21 days before the expiration of the subject deadline. A request made within 21 days of the subject deadline must be supported by a showing of good cause. A

request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect.

Good cause exists to extend all deadlines by ninety days because the parties are diligently working together regarding the scheduling of additional percipient witness depositions that both sides wish to occur before the initial expert disclosure deadline, so as to allow the experts to review and address the deposition transcripts in their reports. Additionally, LVMPD is still working to gather and produce Brandon Durham's medical and employment records. It is anticipated that one or more of the experts may need those records to prepare their reports.

### IV. PROPOSED EXTENDED DEADLINES.

The parties propose extending the deadlines as follows:

| PROPOSED EXTENDED DEADLINE | CURRENT DEADLINE | EVENT |
| --- | --- | --- |
| 03/23/2026[1] | 12/22/2025 | Deadline for Initial Expert Disclosures |
| 04/23/2026 | 01/23/2026 | Deadline for Rebuttal Expert Disclosures |
| 05/21/2026 | 02/20/2026 | Close of Discovery |
| 06/22/2026[2] | 03/23/2026 | Deadline for Dispositive Motions |
| 07/20/2026 | 04/21/2026 | Deadline for the Joint Pre-trial Order (the filing of a dispositive motion will suspend the joint pre-trial order deadline until 30 days after a decision on the motion or until otherwise ordered by the court) |

*(continued on next page)*

---

[1] This date has been adjusted because it would otherwise fall on March 22nd, a Sunday.

[2] This date has been adjusted because it would otherwise fall on June 21st, a Sunday.

1    This Stipulation is sought in good faith, is not interposed for delay, and is not filed for
2  an improper purpose.
3    IT IS SO STIPULATED.

| MCNUTT LAW FIRM, P.C. | F. TRAVIS BUCHANAN, ESQ., & ASOC., PLLC |
|---|---|
| /s/ Dan McNutt | /s/ F. Travis Buchanan |
| Dan McNutt, Esq. (Bar No. 7815) | F. Travis Buchanan, Esq. (Bar No. 9371) |
| Matt Wolf, Esq. (Bar No. 10801) | 701 East Bridger Ave., Suite 540 |
| 11441 Allerton Park Drive, Suite 100 | Las Vegas, Nevada 89101 |
| Las Vegas, Nevada 89135 | |
| *Attorneys for Defendant Alexander Bookman* | KARCHMAR & LAMBERT, P.C. |
| | Cannon Lambert, Esq. |
| | Illinois Bar No. 6237503 (*Pro Hac*) |
| MARQUIS AURBACH | 211 W. Wacker Drive, Ste 1400 |
| | Chicago, Illinois 60606 |
| /s/ Craig Anderson | |
| Craig Anderson, Esq. (Bar No. 6882) | LEE MERRITT & ASSOCIATES |
| 10001 Park Run Drive | Lee Merritt, Esq. |
| Las Vegas, Nevada 89145 | Pennsylvania Bar. No. 314891 (*Pro Hac*) |
| *Attorneys for Defendants LVMPD* | 425 Pinson Rd., Ste. M |
| | Forney, Texas 75126 |
| | *Attorneys for Plaintiffs* |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12/5/2025